UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | 1:19-cr-292 (JDB) |
| | : | |
| **REGINALD SUTTON** | : | |
| | : | |

**JOINT NOTICE TO CORRECT DOCKET**

The parties are jointly filing this Notice with the Court to correct an unintentional misstatement of fact contained in the parties "Joint Motion For Immediate Release "(DE 146). That pleading stated that the defendant suffered from "chronic asthma, obesity. . . . " In fact, the defendant suffers from "chronic diabetes, an open wound through a recent leg injury, hypertension, and obesity"

The parties want the record of the defendant's medical history to be accurate and both parties agree that the corrected record still supports his release.

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel
DC Bar 366673
Counsel for the defendant
1300 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
202-255-6637 (cellular)
RF@RFeitelLaw.com

TIMOTHY SHEA
D.C. Bar No. 437-437
UNITED STATES ATTORNEY

*/s/ Gregory Rosen*
GREGORY ROSEN
VA Bar No. 82584

Assistant United States Attorney
Violent Crime and Narcotics Trafficking
555 Fourth St. NW
Washington, D.C. 20530
(202) 252-6932
Gregory.rosen@usdoj.gov