UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 19 Cr. 292 (JDB) |
| v. | : | |
| REGINALD MAURICE SUTTON | : | |
| Defendant. | : | |

## **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant Reginald Sutton respectfully moves this Court to continue the sentencing in this case, currently scheduled for June 24, 2020 until the week of August 3-7, 2020, or such other time thereafter convenient with the Court's schedule. The defense makes this request in the hope that the restrictions on "in court" proceedings in the U.S. District Court for the District of Columbia will be lifted by August and the defendant can have an "in person" sentencing before this Court. Undersigned has spoken with the prosecutor assigned to this case, and the defense represents that the Government has no objection to the requested continuance.

An appropriate draft Order is attached hereto.

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C.  20008
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

2

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent via ECF, to Greg Rosen, Assistant U.S. Attorneys 555 4th Street, N.W., this 7th day of June, 2020

*Robert Feitel*

_____
Robert Feitel